# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFESSIONAL ASBESTOS REMOVAL CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>PROFESSIONAL CONSTRUCTORS, INC., et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 10-2061 LJO SMS<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 25.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action with prejudice;

2. VACATES all pending matters and dates, including the February 1, 2012 scheduling conference; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

Dated:   **January 31, 2012**            /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

1